IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-21035
Conference Calendar
_____


JOHNNY MCKNIGHT,

                                        Plaintiff-Appellant,

versus

JAMES A. LYNAUGH, Director, ET AL.,

                                        Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-846
- - - - - - - - - -
April 16, 1996
Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Johnny McKnight appeals the dismissal as frivolous of his
civil rights complaint which challenged the prison's integration
of two-cell housing as violative of his right under the First
Amendment.  Because McKnight's right to exercise freely his
religious beliefs is outweighed by a legitimate penal interest,
the district court did not abuse its discretion in dismissing the
claim as frivolous.  See Muhammad v. Lynaugh, 966 F.2d 901, 902
(5th Cir. 1992).

_____

    [*]  Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

McKnight's other issues -- alleged contravention of a district court order in another case, consideration of additional claims which McKnight failed to amend to his complaint, and the lack of notice and opportunity to cure deficiencies before the 28 U.S.C. § 1915(d) dismissal -- have been considered. We conclude that they are without merit.

McKnight's motions for transfer and for default are DENIED.

AFFIRMED.